

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DAVID ANTHONY RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>G.D. LEWIS, Warden,<br><br>Respondent. | ED CV 1200659-CAS (SH)<br><br>ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636(b)(1))(c), the court has reviewed the Petition, all of the records and files herein and the Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Final Report and Recommendation. The court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and the action is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 11, 2013

Christina A. Snyder

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE