JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

DAVID ANTHONY RODRIGUEZ, ) ED CV 12-00659-CAS (SH)
)
) JUDGMENT
Petitioner, )
)
v. )
)
G.D. LEWIS, WARDEN, )
)
Respondent. )
)

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: February 11, 2013

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE